*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.: 3:12mj-132 | Date and time warrant executed: 3/28/2012, 12:05 PM | Copy of warrant and inventory left with: Postmaster |

Inventory made in the presence of:
Anita Hauser

Inventory of the property taken and name of any person(s) seized:

270 oval, white, scored tablets, labeled 10 mg Zolfresh, Zolpidem Tartrate Tablets I. P., a Schedule IV controlled substance.

MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

FILED 12 MAR 29 AM 10:29

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/2012

*Executing officer's signature*

S. McDonough, Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail Parcel, Label Number, EI 468494296 US, postmarked March 27, 2012, addressed to Robert Tilley, 7424 Country Brook Ct, Dayton, Ohio 45414, with a return address of Tonny S Lo, 25 Broadway St, NYC 10203. | ) ) ) ) Case No. **3 : 12 mj 132** ) ) ) **MICHAEL J. NEWMAN** |

FILED
12 MAR 28 AM 10: 32
MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of   Ohio   
*(identify the person or describe the property to be searched and give its location):*
Express Mail Parcel, Label Number, EI 468494296 US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    April 11, 2012   
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    Michael J. Newman    .
    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    March 28, 2012
                          10:30 am

                                                        *Judge's signature*

City and state:    Dayton, Ohio                  Honorable Michael J. Newman
                                                  United States Magistrate Judge
                                                  *Printed name and title*